UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEITH LANE,

    Plaintiff,

v.

CONNIE WHIPPLE, *et al.*,

    Defendants.

_____/

Case No. 20-13444

Honorable Nancy G. Edmunds

**ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S JANUARY 5, 2022 REPORT AND RECOMMENDATION [36]**

This is a pro se prisoner civil rights lawsuit filed under 42 U.S.C. § 1983 by Plaintiff Keith Lane alleging he has been denied adequate medical care while in the custody of the Michigan Department of Corrections. (ECF No. 1.) The case has been referred to Magistrate Judge Elizabeth A. Stafford for all pre-trial matters. (ECF No. 15.) Defendant Sirena Landfair moves for summary judgment based on Plaintiff's failure to exhaust his administrative remedies with regard to any claims against her. (ECF No. 22.) Before the Court is the Magistrate Judge's January 5, 2022 report and recommendation to grant Defendant Landfair's motion. (ECF No. 36.) Neither party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *See Hall v. Rawal*, No. 09-10933, 2012 U.S. Dist. LEXIS 120541, at *2 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). Nonetheless, the Court agrees with the Magistrate Judge's recommendation. The Court, therefore, ACCEPTS AND ADOPTS the report and recommendation (ECF

1

No. 36) and GRANTS Defendant Landfair's motion for summary judgment (ECF No. 22).

Accordingly, Defendant Landfair is DISMISSED WITHOUT PREJUDICE from this matter.

    SO ORDERED.

                              s/Nancy G. Edmunds
                              Nancy G. Edmunds
                              United States District Judge

Dated: February 14, 2022

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 14, 2022, by electronic and/or ordinary mail.

                              s/Lisa Bartlett
                              Case Manager