UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEITH LANE,

    Plaintiff,                                 Case No. 20-13444

v.                                           Honorable Nancy G. Edmunds

CONNIE WHIPPLE, *et al.*,

    Defendants.

_____/

## ORDER OVERRULING PLAINTIFF'S OBJECTIONS [61]

This is a pro se prisoner civil rights case. The matter is before the Court on Plaintiff's objections to an order issued by Magistrate Judge Elizabeth A. Stafford requiring Plaintiff to file a response to Defendants' motion for summary judgment. (ECF No. 61.) Plaintiff avers that he has not been served with a copy of the motion and thus cannot respond. Defendants have filed a response to Plaintiff's objections, providing proof that they served Plaintiff with a copy of their motion at his old address. (ECF No. 62.) Defendants acknowledge that Plaintiff recently filed a notice of address change with the Court and state that they have therefore mailed Plaintiff a second copy of their motion to his new address. In light of this response, Plaintiff's objections are OVERRULED as moot.

    SO ORDERED.

                                                         <u>s/Nancy G. Edmunds</u>
                                                         Nancy G. Edmunds
                                                         United States District Judge

Dated: August 18, 2022

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 18, 2022, by electronic and/or ordinary mail.

                                              <u>s/Lisa Bartlett</u>
                                              Case Manager