UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEITH LANE,

    Plaintiff,                                      Case No. 20-13444

v.                                               Honorable Nancy G. Edmunds

CONNIE WHIPPLE, *et al.*,

    Defendants.

_____/

**ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S
JANUARY 6, 2023 REPORT AND RECOMMENDATION [69]**

This is a pro se prisoner civil rights lawsuit filed under 42 U.S.C. § 1983 by Plaintiff Keith Lane alleging he was denied adequate medical care while in the custody of the Michigan Department of Corrections. (ECF No. 1.) The case has been referred to Magistrate Judge Elizabeth A. Stafford for all pre-trial matters. (ECF No. 15.) Before the Court is the Magistrate Judge's January 6, 2023 report and recommendation to grant Defendants Connie Whipple and Natalya Stokely-Hamdan's motion for summary judgment. (ECF No. 69.) No party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *See Hall v. Rawal*, No. 09-10933, 2012 U.S. Dist. LEXIS 120541, at *2 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). Nonetheless, the Court agrees with the Magistrate Judge's recommendation. The Court, therefore, ACCEPTS AND ADOPTS the report and recommendation (ECF No. 69) and GRANTS Defendants' motion for summary judgment (ECF No. 56). Because this order dismisses

1

Plaintiff's claims against the remaining defendants in this matter, the Court will enter a separate judgment closing the case.

      SO ORDERED.

                                      s/Nancy G. Edmunds
                                      Nancy G. Edmunds
                                      United States District Judge

Dated: January 30, 2023

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 30, 2023, by electronic and/or ordinary mail.

                                        s/Lisa Bartlett
                                      Case Manager